UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
WALTER LEE ANDERSON, et al.,

                Plaintiffs,

     -against-

MICHAEL SPOSATO, individually and
in his official capacity as Nassau County
Sheriff, et al.,

                Defendants.
----------------------------------------------------X

**ORDER**
11-CV-5663 (SJF)(WDW)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ MAR 20 2014 ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge

      By Order dated October 30, 2013, the following plaintiffs in this consolidated action were each ordered to serve and file an affidavit on or before December 2, 2013 providing the Court with a new address and telephone number at which he can be contacted after mail sent to those plaintiffs was returned to the Court as undeliverable: Dion Delgado ("Delgado"), Bello Dionisio ("Dionisio") and Mauricio Flores ("Flores"). Although Delgado and Dionisio complied with that order by notifying the Court of their change of address (Doc. Nos. 866 and 867), Flores has not.

      Although the October 20, 2013 Order advised Flores that his failure to comply therewith would result in his claims being dismissed in their entirety with prejudice pursuant to Rules 37(b)(2)(a)(v) and 41(b) of the Federal Rules of Civil Procedure, he has not complied with that Order, moved for an extension of time to comply with that Order or taken any other steps to prosecute his claims. Accordingly, Flores's claims in this consolidated action are dismissed in their entirety with prejudice.

      Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to serve notice of entry of this order upon all parties to the consolidated action in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

                                    s/ Sandra J. Feuerstein
                                    Sandra J. Feuerstein
                                    United States District Judge

Dated: March 20, 2014
        Central Islip, New York