UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
WALTER LEE ANDERSON, et al.,

          Plaintiffs,

  -against-

MICHAEL SPOSATO, individually and
in his official capacity as Nassau County
Sheriff, et al.,

          Defendants.
----------------------------------------------------X

**ORDER**
11-CV-5663 (SJF)(SIL)

FEUERSTEIN, District Judge

By Order dated June 9, 2014, consolidated plaintiffs Samuel Cephas ("Cephas") and Linzy T. Moore ("Moore") were each ordered to serve and file, on or before June 30, 2014, an affidavit providing the Court with a new address and telephone number at which he can be contacted after mail sent to those plaintiffs was returned to the Court as undeliverable. Although the June 9, 2014 Order advised Cephas and Moore that their failure to comply therewith would result in their respective claims being dismissed in their entirety with prejudice pursuant to Rules 37(b)(2)(a)(v) and 41(b) of the Federal Rules of Civil Procedure, neither of them have complied with that Order, moved for an extension of time to comply with that Order or taken any other steps to prosecute their respective claims. Accordingly, Cephas's and Moore's claims in this consolidated action are dismissed in their entirety with prejudice pursuant to Rules 37(b)(2)(a)(v) and 41(b) of the Federal Rules of Civil Procedure.

Pursuant to Rule 77(d)(1) of the Federal Rules of Civil Procedure, the Clerk of the Court is directed to serve notice of entry of this order upon all parties to the consolidated action in accordance with Rule 5(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

          s/ Sandra J. Feuerstein
          _____
          Sandra J. Feuerstein
          United States District Judge

Dated: August 7, 2014
       Central Islip, New York